**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN SHAWN MILLER, | ) NO. SACV 10-0428 RGK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   December 13, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE